In the Matter of THE BOARD OF STREET OPENING Relative to Acquiring Title to AUDUBON AVENUE, etc.

In re NEW YORK INSTITUTION FOR THE BLIND, Appellant.

Mem. of decision below, 87 Hun, 623.
(Argued December 9, 1895; decided December 19,.1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 14, 1895, which affirmed an order of Special Term denying a motion to set aside a report of the commissioners of estimate and assessment.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.

---

PEOPLE ex rel. FRANK SCHAEFFLER, Respondent, *v.* EDWARD P. BARKER et al., Commissioners, etc., Appellants.

Reported below, 87 Hun, 194.
(Argued December 9, 1895; decided December 19, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 17, 1895, which reversed an order of Special Term dismissing a writ of certiorari.

*David J. Dean* for appellants.

*Frank Schaeffler* for respondent.

Order affirmed, with costs, on opinion below.
All concur.